UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DATE, JR., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SONY ELECTRONICS, INC. and ABC WAREHOUSE,<br><br>　　　　　　　　　　Defendants. | Case No.: 07 CV 0592 (BEN RBB)<br><br>**ORDER RE SONY ELECTRONICS INC.'S EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

1  GOOD CAUSE APPEARING and pursuant to Local Civil Rule 12.1 of the United
2  States District Court for the Southern District of California, and Federal Rule of Civil
3  Procedure 6(b)(1), defendant Sony Electronics Inc.'s application for extension of time to
4  answer or otherwise respond to the Complaint is GRANTED.  Sony Electronics Inc. shall
5  answer or otherwise respond to the Complaint on or before May 15, 2007.
6  IT IS SO ORDERED.

7
8  DATED:  April 27, 2007
9
   _____
   Hon. Roger T. Benitez
10 United States District Judge